UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **MAGISTRATE NO. 25-MJ-00270** |
| **ABDUL FIELDS,** | : | **VIOLATION:** |
| Defendant. | : | **18 U.S.C. § 922(g)(1)** (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | **22 D.C. Code § 4503(a)(1), (b)(1)** (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) (Crime of Violence) |
| | : | **22 D.C. Code § 4514(a), (c)(1), and (c)(3)** (Possession of a Prohibited Weapon (Felony)) |
| | : | **FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 19, 2025, within the District of Columbia, **ABDUL FIELDS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2015-CF1-003404 and 2013-CF3-001564, did unlawfully and knowingly receive and possess ammunition, that is, 9 mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about November 19, 2025, within the District of Columbia, **ABDUL FIELDS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2015-CF1-003404 and 2013-CF3-001564, including the following Crimes of Violence as defined in 23 D.C. Code, Section 1331(4): Voluntary Manslaughter, in District of Columbia Superior Court Case No. 2015 CF1 003404, and Robbery, in District of Columbia Superior Court Case No. 2013 CF3 001564, owned, kept, and had within his possession and control, a privately made firearm consisting of a Polymer 80 receiver with no known manufacturer.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (Crime of Violence)**, in violation of Title 22, D.C. Code, Section 4503(a)(1), (b)(1) (2001 ed.))

## COUNT THREE

On or about November 19, 2025, within the District of Columbia, **ABDUL FIELDS**, after having been convicted in the District of Columbia of a felony, did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of Title 22, District of Columbia Code, Section 4514(a), (c)(1), and (c)(3) (2001 ed.))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)

2

and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to 9mm ammunition and a privately made firearm consisting of a Polymer 80 receiver with no known manufacturer.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

*Colleen D. Kukowski*
COLLEEN KUKOWSKI
Assistant United States Attorney

3